THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* VIRGINIA MARTINE MAYBROOK, Respondent.

Argued May 18, 1950; decided July 11, 1950.

*Nathaniel L. Goldstein, Attorney-General (Abe Wagman, Wendell P. Brown, John J. Calanese* and *Sidney Tartikoff* of counsel), for appellant.

*Menahem Stim* and *Allen S. Stim* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.